DOCUMENT (1)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ~~MARYLAND~~ WVa.

(chief) Col. Michael S. Owl Feather-Gorbey



FILED

APR 2 8 2021

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

_____  *

_____  

_____  *

*(Full name, date of birth, identification #, address of petitioner)*
**Plaintiff,**

Case No.: 5:21-cv-00270
_____
*(Leave blank. To be filled in by Court.)*

**v.**

Manning et. al.

under § 1915(g)
Imminent Danger

_____

_____

*(Full name and address of defendant)*
**Defendant(s).**

## MOTION AND AFFIDAVIT TO PROCEED IN FORMA PAUPERIS

I, __Owl Feather-Gorbey__, declare that I am the plaintiff in this

case. Because of my poverty, I am unable to pay the filing fee and costs of this action at this

time, nor am I able to give security therefor.

I understand that the fee for filing this type of case is $350.00. I understand that if my

motion is granted, it does not mean I will not have to pay this fee. I understand that if my motion

is granted, periodic deductions may be made from my inmate account until the entire fee is paid.

By filing this motion, I am agreeing to allow such deductions as are required by law. I

understand that if I do not have money in my prison account, but have other resources, the Court

may require that I pay the filing fee or a partial filing fee.

I believe that I have a meritorious complaint and am entitled to relief in these proceedings.

In support of this motion, I answer the following questions:

1. Are you presently employed in a prison job or other assignment that results in compensation of any sort, including work release?

    YES ☑    NO ☐

    a. If you answered YES, list your employer or assignment and the amount of your wages.

    Employer/assignment: _F-S  Training_

    Monthly gross wages: _$0.00_

    Monthly net wages: _$0.00_

    b. If you answered NO, state the date of your last employment or assignment, the name of your employer or assignment, and the amount of wages you received.

    Date: _N-A    march 2020_

    Employer/assignment: _N-A    lanscaping FCI Estille S.C._

    Monthly gross wages: _N-A    $5.25_

    Monthly net wages: _N-A    $5.25_

2. Within the past twelve months have you received any income from: 1) settlements, judgments, or monetary awards from a court; 2) Social Security, public assistance, workers' compensation or disability payments; 3) a business, profession or other form of self-employment; 4) rent, interest or dividends; 5) retirement, annuity, pension or insurance payment; 6) gifts or inheritances; 7) or any other sources?

    YES ☑    NO ☐

    If you answered YES, list the amount received, date it was received, and the source.

| Amount | Date received | Source |
|---|---|---|
| $600.00 | Jan, 2021 | IRS. (FBop seize $408.00 of) |
| NA | NA | NA |
| NA | NA | NA |

3. How much money do you have in your institutional account? ___$0.01___

4. How much money do you have in checking, savings or other accounts outside of the institution?

   $0.00

5. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles, or other valuable property (not including ordinary household furnishings and clothes)?

   YES ☑   NO ☐

   If you answered YES, list the value and describe each item.

   | Value | Description |
   |---|---|
   | ? | (USA) not Available For sail, loan, liene, Trade debt, seizure or Forfeiture. Native Acestral lands |
   | ? | Monacan Nation (Same) |
   | NA | NA. |

6. List everyone (including businesses and the government) that you owe money and the amount that you owe.

   | Creditor | Total debt | Monthly payment |
   |---|---|---|
   | Visa | $1,500.00 | 0 |
   | Courts | $27,000.00 | 100 % of deposits |
   | Personal loans | $26,000.00 | 0 |
   | NA | NA | NA |

7. List any other major monthly expenses that you are actually paying.

   | Description | Monthly payment |
   |---|---|
   | Commissaries | $190.00 |
   | Emails | $40.00 |
   | Phone | $25.00 |
   | medical | $2.00 |
   | FRP | $25.00 Quarterly. |
   | Court Debits | $100 % of deposits |

8. Attach a certified statement of your prison account for the past six months. If you are unable to do this, one will be requested from prison officials.

I declare under the penalties of perjury that the information above is true and correct. To best of my Knowledge

4-23-21

Date

(chief) Col. michael sidN Feather Gorbey

Signature of Plaintiff

(chief) Col. michaels. dN Feather Gorbey

Printed Name Monacan Nation
DC DOC 317611 Fed 33405-013
FCI Beckley PoBox 350, Beaver Wva. 25813

Address

NA

Telephone Number

NA

Email Address

Arguments To support 3(9)(5(g) leave To Proceed Imminent Danger.

Gorbey Already suffers Actual Physical Injuries To His Feet & To His R-Arm & sholder & L-leg As A Result of being Force To wear Reg. Boots & To climb To Top Bunks & He suffers A clear & Significant Threat of Physical Assault From Both inmates & staff Due To staff negligent Acts see Continuance Page.

Continuance page to motion For leave
To Proceed IFp. in support of §1915(g)
Imminent Danger.

Gorbey is suffering a valid & significant
threat of Physical Assault or Death At F.C.I.
Beckley Due to the "Deliberate indifferances,"
"obdurately", "wantonly" negligence of F.C.I. Beckley
Staff, where from Defendants & their Co-workers
Actions, it is clear that in the Past they Have
used Discrimination, Retaliation & threats of
Physical Assault or Death & Actual Physical Assault
To intimidate inmates like Gorbey To Forgo their
suits & Complaints & to impede, Quash or Prevent
Justice. The Filing & or Carrying Through of Civil
suits & or Bop Complaints by inmates Which Has
Embolded Staff to Act With misconducts & Poses
A clear & significant threat to Gorbey's safety As
listed in His Enclosed Consolidated Action & motion
For Criminal Prosecution. Requiring Gorbey be granted
leave To Proceed IFp under §1915(g) Imminent Danger.
Farmer vs. Brennan 511 US 825, 832-34 (1994)
Prisoners Are Entitle to Reasonable Protection From
inmates And staff. under the 8th amendment. see.
Gibbs vs. Cross 160 F.3d 962, 966-67 (3rd cir. 1998)
Prisoner need not Allege An Existing serious Physical
inJury To satisfy §1915(g) id at 967. it is sufficient
That the Conditions alleged Poses An imminent Danger
of serious Physical inJury or Death. see, Also.
Abdul-Akbar 239 F.3d at 315. see Also Gorbey's Actual inJuries
& shu Placement At Beckley is Not Protective Custody.

InmateStatementCombined          *Gorbey vs. manning etal,*          Page 1 of 2

# Inmate Statement



| | | |
|---|---|---|
| **Inmate Reg #:** | 33405013 | **Current Institution:** Beckley FCI |
| **Inmate Name:** | GORBEY, MICHAEL | **Housing Unit:** BEC-A-B |
| **Report Date:** | 03/03/2021 | **Living Quarters:** A03-314U |
| **Report Time:** | 5:24:27 PM | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| BEC | 3/3/2021 3:23:32 PM | TL0303 | | | TRUL Withdrawal | ($2.00) | | $2.51 |
| BEC | 2/24/2021 9:14:56 AM | 53 | | | Sales | ($22.20) | | $4.51 |
| BEC | 2/24/2021 7:19:11 AM | TL0224 | | | TRUL Withdrawal | $2.00 | | $26.71 |
| BEC | 2/8/2021 9:23:18 AM | 67 | | | Sales | ($72.40) | | $24.71 |
| BEC | 2/3/2021 9:02:28 AM | 64 | | | Sales | ($80.45) | | $97.11 |
| BEC | 2/2/2021 11:36:49 AM | TL0202 | | | TRUL Withdrawal | ($15.00) | | $177.56 |
| BEC | 2/1/2021 12:10:47 AM | UCUMD004 - 107 | | | Debt Encumbrance - Released | | $120.00 | -------- |
| BEC | 2/1/2021 12:10:47 AM | UCUMD010 - 108 | | | Debt Encumbrance - Released | | $120.00 | -------- |
| BEC | 2/1/2021 12:10:47 AM | UCUMD012 - 109 | | | Debt Encumbrance - Released | | $120.00 | -------- |
| BEC | 2/1/2021 12:10:47 AM | UCUMD010 | 1105 | | PLRA Payment | ($120.00) | | $312.56 |
| BEC | 2/1/2021 12:10:47 AM | UCUMD012 | 1104 | | PLRA Payment | ($120.00) | | $432.56 |
| BEC | 2/1/2021 12:10:47 AM | UCUMD004 | 1106 | | PLRA Payment | ($120.00) | | $192.56 |
| BEC | 1/29/2021 12:10:30 AM | WLEWD006 - 115 | | | Debt Encumbrance - Released | | $12.60 | -------- |
| BEC | 1/29/2021 12:10:30 AM | VLEWD037 - 112 | | | Debt Encumbrance - Released | | $10.50 | -------- |
| BEC | 1/29/2021 12:10:30 AM | WLEWD005 - 114 | | | Debt Encumbrance - Released | | $9.90 | -------- |
| BEC | 1/29/2021 12:10:30 AM | VLEWD027 - 110 | | | Debt Encumbrance - Released | | $6.04 | -------- |
| BEC | 1/29/2021 12:10:30 AM | VLEWD035 - 111 | | | Debt Encumbrance - Released | | $6.00 | -------- |
| BEC | 1/29/2021 12:10:30 AM | WLEWD003 - 113 | | | Debt Encumbrance - Released | | $2.40 | -------- |
| BEC | 1/29/2021 12:10:30 AM | VLEWD027 - 88 | | | Debt Encumbrance - Released | | $0.11 | -------- |
| BEC | 1/29/2021 12:10:30 AM | WLEWD003 | | | Photo Copies | ($2.40) | | $575.06 |
| BEC | 1/29/2021 12:10:30 AM | VLEWD035 | | | Photo Copies | ($6.00) | | $587.96 |
| BEC | 1/29/2021 12:10:30 AM | VLEWD027 | | | Photo Copies | ($6.15) | | $593.96 |
| BEC | 1/29/2021 12:10:30 AM | WLEWD005 | | | Photo Copies | ($9.90) | | $565.16 |
| BEC | 1/29/2021 12:10:30 AM | VLEWD037 | | | Photo Copies | ($10.50) | | $577.46 |
| BEC | 1/29/2021 12:10:30 AM | WLEWD006 | | | Photo Copies | ($12.60) | | $552.56 |
| BEC | 1/28/2021 5:10:06 AM | 70126301 | | | Lockbox - CD | $600.00 | | $600.11 |
| BEC | 1/28/2021 5:10:06 AM | WLEWD003 - 113 | | | Debt Encumbrance | | ($2.40) | -------- |
| BEC | 1/28/2021 5:10:06 AM | VLEWD035 - 111 | | | Debt Encumbrance | | ($6.00) | -------- |
| BEC | 1/28/2021 5:10:06 AM | VLEWD027 - 110 | | | Debt Encumbrance | | ($6.04) | -------- |
| BEC | 1/28/2021 5:10:06 AM | WLEWD005 - 114 | | | Debt Encumbrance | | ($9.90) | -------- |
| BEC | 1/28/2021 5:10:06 AM | VLEWD037 - 112 | | | Debt Encumbrance | | ($10.50) | -------- |
| BEC | | | | | Debt Encumbrance | | ($12.60) | -------- |

InmateStatementCombined     *Corbey vs. Manning etal*     Page 2 of 2

| | Date | Code | | Description | | | |
|---|---|---|---|---|---|---|---|
| | 1/28/2021 5:10:06 AM | WLEWD006 - 115 | | | | | |
| BEC | 1/28/2021 5:10:06 AM | UCUMD004 - 107 | | Debt Encumbrance | | ($120.00) | -------- |
| BEC | 1/28/2021 5:10:06 AM | UCUMD010 - 108 | | Debt Encumbrance | | ($120.00) | -------- |
| BEC | 1/28/2021 5:10:06 AM | UCUMD012 - 109 | | Debt Encumbrance | | ($120.00) | -------- |
| BEC | 1/14/2021 4:13:50 AM | TX011421 | | Transfer - In from TRUFACS | $0.11 | | $0.11 |
| BEC | 1/14/2021 4:13:50 AM | VLEWD027 - 88 | | Debt Encumbrance | | ($0.11) | -------- |

**Total Transactions: 37**

Totals:     **$2.51**     **$0.00**

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| BEC | $2.51 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.51 |
| **Totals:** | **$2.51** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$2.51** |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $600.00 | $597.60 | $19.65 | $552.56 | $37.59 | N/A | N/A |

InmateStatementCombined    *Gorbey vs. Manning et al.*

# Inmate Statement

 PRINT

| | | |
|---|---|---|
| **Inmate Reg #:** | 33405013 | **Current Institution:** Lewisburg USP |
| **Inmate Name:** | GORBEY, MICHAEL | **Housing Unit:** LEW-Z-A |
| **Report Date:** | 12/16/2020 | **Living Quarters:** Z03-214L |
| **Report Time:** | 12:50:32 PM | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| LEW | 12/14/2020 9:41:29 AM | 41 | | | Sales | $0.00 | | $0.11 |
| LEW | 12/7/2020 8:36:30 AM | WFRP1220 | | | FRP Quarterly Pymt | $0.00 | | $0.11 |
| LEW | 12/1/2020 8:20:11 AM | 27 | | | Sales | $0.00 | | $0.11 |
| LEW | 11/17/2020 8:02:56 AM | 44 | | | Sales | $0.00 | | $0.11 |
| LEW | 11/4/2020 8:15:44 AM | 37 | | | Sales | $0.00 | | $0.11 |
| LEW | 10/20/2020 8:12:29 AM | 44 | | | Sales | $0.00 | | $0.11 |
| LEW | 9/8/2020 7:14:35 AM | VFRP0920 | | | FRP Quarterly Pymt | $0.00 | | $0.11 |
| LEW | 7/9/2020 1:15:05 PM | VLEWD027 - 1037 | | | Debt Encumbrance | | ($0.11) | -------- |
| LEW | 7/6/2020 7:37:56 AM | 4 | | | Sales | $0.00 | | $0.11 |
| LEW | 6/8/2020 8:27:25 AM | 30 | | | Sales | $0.00 | | $0.11 |
| LEW | 5/26/2020 7:59:25 AM | 7 | | | Sales | ($3.55) | | $0.11 |
| LEW | 5/13/2020 12:34:16 PM | 13 | | | Sales | ($5.20) | | $3.66 |
| LEW | 5/10/2020 7:55:40 PM | TL0510 | | | TRUL Withdrawal | $0.15 | | $8.86 |
| LEW | 5/10/2020 7:53:46 PM | TL0510 | | | TRUL Withdrawal | $1.70 | | $8.71 |
| LEW | 5/10/2020 7:52:43 PM | TL0510 | | | TRUL Withdrawal | ($2.00) | | $7.01 |
| LEW | 5/10/2020 5:48:52 PM | TL0510 | | | TRUL Withdrawal | $5.45 | | $9.01 |
| LEW | 5/1/2020 12:10:58 AM | UCUMD004 - 532 | | | PLRA - Released | | $1.05 | -------- |
| LEW | 5/1/2020 12:10:58 AM | UCUMD010 - 533 | | | PLRA - Released | | $1.05 | -------- |
| LEW | 5/1/2020 12:10:58 AM | UCUMD012 - 534 | | | PLRA - Released | | $1.05 | -------- |
| LEW | 4/28/2020 12:34:15 PM | 119 | | | Sales | ($5.75) | | $3.56 |
| LEW | 4/23/2020 11:49:09 AM | TX042320 | | | Transfer - In from TRUFACS | $9.31 | | $9.31 |
| LEW | 4/23/2020 11:49:09 AM | UCUMD004 - 532 | | | PLRA | | ($1.05) | -------- |
| LEW | 4/23/2020 11:49:09 AM | UCUMD010 - 533 | | | PLRA | | ($1.05) | -------- |
| LEW | 4/23/2020 11:49:09 AM | UCUMD012 - 534 | | | PLRA | | ($1.05) | -------- |

**Total Transactions: 24**

Totals:    $0.11    ($0.11)

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| LEW | $0.00 | $0.00 | $0.11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.11 |
| **Totals:** | $0.00 | $0.00 | $0.11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.11 |

## Other Balances

InmateStatementCombined          *Garbey vs. Manning et. al.*          Page 2 of 2

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.11 | $0.11 | $0.11 | N/A | N/A |