DOCUMENT (4)

US DISTRICT COURT
IRS Complex
110 N. Heber Street
Beckley. W.Va. 25801

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ~~MARYLAND~~ W.Va

(Chief) Col. michael sidel Feather-Gorbey

_____    *

_____

_____

_____
*(Full name, date of birth, identification #, address of petitioner)*
**Plaintiff,**

v.

Manning. officer FCI Beckley
Spinnet. officer Fcc Beckley    *
Rodriguez captain Fcc Beckley
Weaver. chaplain Fcc Beckley
Young. Warden Fcc Beckley    *
*(Full name and address of respondent)*
**Defendant(s).**
Rich Assistant aarden Fcc Beckley (see continued list.)

Case No.:_____
*(Leave blank. To be filled in by Court.)*

under § 1915 (g)
imminent danger.

## COMPLAINT
(Consolidated) Bivens / F.T.C.A /qRFRA or RLUlPA Acts.

I. Previous Lawsuits

A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

YES ☐    NO ☑

B. If you answered YES, describe that case(s) in the spaces below.

1. Parties to the other case(s):

Plaintiff: _____ NA _____

Defendant(s): _____ NA _____

2. Court (if a federal court name the district; if a state court name the city or county):

_____ NA _____

<u>List of Defendants</u>
<u>To Consolidated Civil Action Complaint.</u>

(1) Manning, Correctional officer - SIS
(2) Spinnett, Correctional officer
(3) Rodriguez, Captain
(4) Rich, Assistant Warden Programs
(5) Young, Warden
(6) Fain, Health service Administrator
(7) Vest, P-A, medical
(8) Morris, Poplar A upper unit Counselor
(9) Smith, Unit manager Poplar Unit
(10) C. Brown, Correctional officer
(11) FARR, Correctional officer
(12) Knell, Correctional officer
(13) Weaver, Head chaplain
(14) Toney, Lieutenant.
(15) Pistory, Poplar B lower counselor.

3.  Case No.: _5:21-cv-91, 209, 210 & Two others_

4.  Date filed: _2021_

5.  Name of judge that handled the case: _NA_

6.  Disposition (won, dismissed, still pending, on appeal): _Pending_
    _Imminent Danger Found - Recommended_

7.  Date of Disposition: _2021_

II.  Administrative Proceedings

A.  If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☐    NO ☑

1.  If you answered YES:

a.  What was the result? _NA_
    _NA_

b.  Did you appeal? _NA_

YES ☐    NO ☑

2.  If you answered NO to either of the questions above, explain why: _____

_Beckley staff Denying me Administrative Remedy_
_Access & the Administration Is Allowing It._

III.  Statement of Claim
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

_I'm supporting Threats of Physical Assault & Injury by_
_staff A list of Retaliations For Filing, leading To_
_Threats &(Actual Physical Injuries) Discrimination_
_& Denials of Medical Treatment on A daily basis while_
_the Administration Allows It_ see Continuance Pages 1 To 10

IV. Relief
    (State briefly what you want the Court to do for you.)

① # 750,000,000.00 million Dollars Due to the serious nature y continued acts. Even in light of other Filings. ② Injunction To bar Any Further verbal abuse, Retaliation threats or Discrimination by staff At penalty of sanctions ③ my Religious Rights met. ④ An Emergency Hearing ⑤ Immediate medical Treatment y my medical Passes Honored.

SIGNED THIS ___23___ day of ___April_____, _2021_.

(Chief) Col. michael srolU Feather-Gorbey
Signature of Plaintiff

(Chief) Col. michael srolU Feather-Gorbey
Printed Name    Dc Doc 317611   Fed. 33405-013

FCI Beckley. Po Box 350. Beaver. WVa. 25813
Address

NA
Telephone Number

NA
Email Address

Gorbey vs. Manning et. al.                    Page 1 of 10

Continuance Pages To Suit

(1) On 4-21-21 Gorbey & His Native Religious Community were deny their scheduled Religious servicess As a Retaliation For Gorbey Filing on violations of Native Religious Rights At F.C.I. Beckley W.va. Further violating Gorbey's 1st. 5th & 14th Amendment, Equal Protection Rights & under the Religious Freedom Restoration Act (RFRA) 42 USC § 2000 bb et. seq; the Religious land use & institutionalized Persons Act (RLUIPA) 42 USC § 2000 et. seq. see Also. "Joint Resolution American Indian Religious Freedom" Approved August 11, 1978 (42 USC § 1996) Title III Prisoners Rights Sec. 3d. Rights. (5) Discrimination Prohibited

This is while chaplain Weaver Has Provided services to other Faith groups such As Christain & muslums Denying Natives Due Process, Equal Protection Gorbey then Return to the chaple office Around 12:30 Lunch Time & Was Turn Away by An Unknown Name officer on 4-21-21 claiming No chaplain was Available to see Gorbey, so Gorbey submitted a written Cop-out For His Native services to be supplemented on Friday 4-23-21

On 4-22-21 Gorbey Return to the chaple to insure

His Cop-out Had been Received & To speak with a chaplain About supplement services on Friday 4-23-21 yet. Again, no chaplain was available At 7:30 Am 4-22-21, so, Gorbey, then Return AT 12:30 lunch Time where, chaplain weaver, met Gorbey AT the chaple Door. screeming At Gorbey that Natives would not get any services & that, He, weaver, Did Not Have To Talk To Gorbey, For Gorbey to get out of His Face. (While Gorbey was some 10 Feet Away) & then slam & lock The Door in Gorbey's Face. in threatning manner Gorbey then E-mail A-W Rich & SIS To no Avail. While Gorbey is Denied Remedy Access by His unit Team. He is now being Denied (Any) Religious Access in Furtherance of Threats & Retaliations. Discriminations

(2) on Thursday 4-22-21 As Gorbey went To lunch mainline. He was Pull up & Patted DOWN by officer C. Brown, Whom Harrass Gorbey Just Days Earlier over. His medical shoes & Here, Pull Gorbey up by Name. & then, Not 2 minuets later Exiting the chow Hall, officers manning & spinnett Pull Gorbey up For A Pat Down. Calling Gorbey back out of A Croud by Name. & While spinnett Pat Gorbey DOWN, manning, began Threatning Gorbey saying He would Dump Gorbey, Face First, on the Concreat in Front of Every body (For) Gorbey Putting His Name in Earlier Complaints & law suit 5:21-CV-91, in This Court & When Gorbey Ask

if He was threatning Him? Manning clearly stated that He was threatning Gorbey with Physical violence & while Gorbey Did Not At that Time Recognize Manning & ASK whom He was Manning & Spinnett (Refuse) to give Mannings Name. Gorbey, clearly Felt Fear of imminent Physical Assault At that Time & given Mannings Participation in Events listed in 5:21-cv-91, iT is clear that Manning is using A threat of Physical violence & Assault to intimidate Gorbey To Forgo Naming Manning in Pending suits & Complaints, so, Gorbey went (Directly to) Captain Rodriguez standing About 50 Feet away & while Gorbey Explain the issues to Rodriguez Manning waved At Rodriguez to Identify Himself As the misconduct staff & yet, When, Gorbey ASK Rodriguez whom that was. Rodriguez (Refuse) to Provide Gorbey Mannings Name. & Rodriguez, whom Gorbey Has Repeatedly Complain About Told Gorbey To go back up there & Find out For Hisself whom that is! being Exceptionally Conserning where. the Facility (Captain) is trying to instigate A Fight or Physical Altercation between an inmate & staff member! Posing A significant Threat to Gorbey's safety, other Inmates & staff

(3) Gorbey Then sent Complaints on All this to SIS,

While Unit Team Continue To Deny Gorbey F.Bop Remedy Access & A-W. Rich & Warden young Fail To Answer Gorbey's E-mails & Allow All this To Continue. iT is Conserning when Capt. Rodriguez is (over) S.I.S, & yet. Then The next Day. Friday 4-23-21, AT lunch main line, in Response To Gorbey's S.I.S E-mail., LT. Toney, whom Gorbey Has Repeatedly Complain About, Call Gorbey back by Name & Roughly Patted Gorbey Down Threatning Gorbey Dareing Gorbey To make A wrong move. clearly Placing Gorbey in Fear of Physical Assault While several other Hostile staff mob Around. in Threatning manners.

(4) where. These (Daily) Events. Harrassments. Retaliations. Discriminations & Threats make Gorbey's sentence go beyond that intended by The sentencing Court. Gorbey is Constently under Threat of Physical Assault or Death From Hostile inmate gang Rule, Thats Allow & Encourage AT F.C.I. Beckley, & then He is Repeatedly AT issue With staff Placing A significant mentle Anguish & or Emotional Distress, where. At Every waking Hour Gorbey must Proceed With Fear of being Attack by (inmates & or staff) Physically & Even when lock in His Cell At Night. He is left With the

Thought & actual Threat. That. (Staff) Could & may. Attack Him in His Cell & sleep, or Allow or Direct inmates to Do so! Forcing Gorbey to live (Day & Night) with A valid & substantial Fear & Threat of physical Assault or Death. At The Hands of inmates or Staff. making Gorbey's sentence clearly Unconstitutional. see. & violating The 8th Amendment.

Hall vs. District of Columbia (8-17-2017) 867 F.3d 138

A Plaintiff may Recover For negligent infliction of serious Emotional Distress, Even without An Accompaning Physical inJury. if the Plaintiff was in The zone of Physical Danger & it was Caused by Defendants negligence & caused Fear To His or Her own safety. Regardless of whether Plaintiff Experiances A physical impact As A Direct Result of Defendants negligence

where. Here. Gorbey is Hypoglocimic & suffers HyperTension & living with A Daily Threat of (Staff) or inmates Physically Attacking or Killing Him. Has Place Gorbey in Threat (in the zone of) A stroke or nervous break Down. As He is not Able To Eat or sleep Properly As well. while He Has no Remedy Access. His E-mails To staff Are ignored. Staff Have Him on unJust Phone Restriction & He Has no E-mail To Public Funds.

While staff Deny Him indigent Postage & writing
materials & (The Courts) Have yet. To Address
His motions For "Emergency Hearing" leaving
Gorbey (in the zone of Physical Danger!) see.
Estelle vs. Gamble 429 US 97. 107 (1976) see Also.
scher vs. Engelke 943 F.2d. 921 (8th cir. 1991)
   In scher the Court Held That the scope of 8th
Amendment Protection is broader than mere
infliction of Physical Pain. See Also,
Tsosie vs. Garrett 409 Fed App× 262 (2010)
   The 8th Amend. imposes A Duty on Prison officials
To Protect Prisoners From violence.
Rodriguez vs. Sec'y of Dep't of Corr. 508 F.3d. 611. 616-17
(11th cir. 2007)
   Prison officials may be Held liable under the 8th
Amend. When they Are Deliberately Indifferant To
the substantial Risk of serious Harm To inmates,

   where. Here. (Staff themselves) Are Threatning
serious Physical Injuries on Gorbey, While other
supervisory Staff Such As Capt. Rodriguez.
Assistant Warden Rich & Warden young, Allow
& Even Premote such violence on Gorbey, Rendering
Them liable For suit. see. (Even The Prison chaplain) see,
Pressly. vs. Hutto 816 F.2d. 977. 979 (4th cir. 1987)
Moore vs. Winebrenner 927. F.2d 1312. 1316 (4th cir. 1991)
stating That supervisory liability may be imposed

Where. Prison supervisors "obdurately" "wantonly" or with "deliberate indifference" Fail to address a known Pervasive Risk of Harm to an inmate's Health or safety. Wilson vs. Seiter 501 US 294. 297-99. 111 S.ct. 2321. 2323-2325. 115 led.2d. 271. (1991) See Also. King vs. Rubenstein 825 F.3d. 206. 218 (4th cir. 2016) (quoting) Strickler vs. Waters 989 F.2d. 1375. 1379. (4th cir. 1993)

(5) Gorbey Has A medical shoe pass & yet is Force to wear Reguler Boots. That Have Already Broken A Toe since 4-16-21 & yet. He submitted A sick-call on 4-19-21 & still Today 4-26-21 Has not been seen or Provided any medical Treatment while the Reg. Boots Continue To cause Him Pain & injuries to His Feet. That staff (Force Him) to ware At Threat of Physical Assault & shu Placement. Knell. FARR. Rodriguez, Rich. C-Brown & others. irrespective of His medical shoe Pass. Estelle vs. Gamble. 429 U.S. 97. 107 (1976) Bradley vs. Puckett 157 F.3d. 122 (5th cir. 1998) Requiring Accomidations For Physical Disabilities.

(6) Counselor morris is Repeatedly deliberately Assigning Gorbey to Top bunks. irrespective of His medical needs For A lower bunk. & Even When Gorbey is the only Person in The cell, morris still deliberately Assigns Gorbey to,

The Top bunk. As He Did in Cell Poplar A upper 314 in February & Now Again on 4-16-2021 morris move Gorbey To cell Poplar A upper 318 on the Top bunk While Gorbey (Again) is the only Person in the Cell. clearly showing morris "Deliberate indifferance" & Retaliation For Gorbey's Filings.

originally Gorbey Had A lower bunk Pass yet morris ignoring that & Colluding With Hostile gang members move Gorbey To Cell 314 on A Top bunk. Gorbey then Complaints To medical & PA. Vest & HSA Fain Responded by (Taking Away) Gorbey's lower bunk Pass That was valid until may 2021., morris & smith then moved Gorbey To Cell 420 with A Guatamalin gang member on A Top bunk & then Recently morris move Gorbey At His Request, To Cell 318 yet morris Again Deliberately Assign Gorbey To the Top bunk While only Gorbey is in The Cell. see. While Denying Gorbey indigent Postage & Court Access see Martin vs. Shelton 319 F.3d. 1048. 1050 (8th cir. 2003)

Pattern of misconducts Evidencing the likelihood of serious Physical inJury or Death.

Gorbey Has several chronic inJuries L-AnKle, R-Knee. R-Wrist & R.sholder that won't support His weight when climbing. subJecting Him to Falls & inJuries while He weighs 240 & is medical Designated (Not To) lift over 25 Lbs. As it Has before. the Assignment To A Top bunk is KNOWN To Cause Gorbey Falls. serious Physical inJuries.

From Fractured bones to injuries so serious that
it Required Emergency medical Treatment & surgery
which is documented in Gorbey's F.Bop medical Files
& yet Beckley staff ignore this & Assign Gorbey to
Top bunks (white) Denying him his L-Ankle, R-Knee
& R-Wrist braces. Amplifying His Disabilities.
Cochran vs. Geit 11-cv-134, 2011 U.S. Dist. Lexis 81720
at *5-6 (W.D. Wis. July 26, 2011)
UnJust Top bunk Assignment Resulting in injuries
Violates the 8th Amendment.
Williams vs. Walker 11-cv-805, 2011 U.S. Dist. Lexis 55925
at *2 (E.D. Cal. May 6. 2011) see Also.
Bradley vs. Puckett. 157 F.3d. 122 (5th cir. 1998)
Requiring Accommodations For Physical Disabilities
    while Gorbey is constently Falling, Tearing muscles,
Tendons & ligimates & Fracturing bones 2-6-2021 To
Date & Continuing, He is being Denied medical
Treatment For these issues. Though He submits
the Necessary Sick-Calls. (To No Avail) While in
Cells Composed of Concrete & Steel, Any Next Fall
Could seriously inJure on Kill Gorbey see.

Serious Physical inJuries
United States vs. Calzada-Ortega (1-10-2014) 551 Fed-Appx 790
    InJuries That cause involve. serious Physical
Pain. serious Risk of Death or Cause serious
Permanent Disfigurement or A Permanent or

Protracted loss of a bodily Function, member,
organ or sensory Faculty.

Estelle vs. Gamble 429 US 97. 107 (1976)

Deliberate indifferance To serious medical needs
of a prisoner can constitute unnecessary & wanton
infliction of pain Prohibited by the 8th Amend.
(citing) Gregg, vs. Georgia 428 U.S. 153 (1976)

\*    Where. in light of Gorbey's lawsuits Already listing
Similar issues 5:21-CV-91, 209, 4 210 in this Court
on These Defendants & Their Co-Workers, it is
unmistakingly clear, that, For Beckley Staff to
Continue (Even in light of) multiple Accompanying
Motions For injunctions or TRO, Staff Are
Acting with "Deliberate Indifferance", "obdurately" or
"Wanton" intent to Cause Gorbey Pain. injuries &
or Death. see. Also while intimidating him to stop Filing. see.

Farmer vs. Brennan 511 US. 825. 832-34. 114 S.Ct. 1970.
1976-77, 128 led. 2d. 811 (1994)

Prisoners Are Entitled To Reasonable Protection From
(Harm). At the Hands of Fellow inmates And Staff under
The 8th Amendment.

Wolfish vs. levi 573 F.2d. 118. 125 (2nd cir. 1978)

Bell vs. Wolfish 441 U.S. 520. 99 sct. 1861. 60 led 2d. 447 (1979)

Trop. vs. Dulles 356 U.S. 86. 102. 78 sct. 590, 598-99. 2 led 2d
630 (1958)

Woodfous vs. Commonwealth of VA. 487 F.2d 889. 890 (4th cir. 1973)

(chief) Col. michael s. owl Feather. Gorbey

## Addendum to suit Continuance
### Pages 1-10

Also I must list the Fallowing Retaliations & or Discriminations or Rights violations At law.

(a) Beckley mail Room staff are Attacking my Name Demanding I Exclude use of Owl Feather on Any of my outgoing mail & Are Possibly Rejecting my incomming mail listing that name. AN Attack Against my Name & Native Religion when Owl Feather - Gorbey Adequately Identifies me & Owl Feather is my True native name & the (Government) Excluded it in my Criminal Case & F.Bop Files. violating my Rights see mail Room supervisor.

(b) my out going legal mail Receives A stamp on the back that says it Has not been open on inspected. yet. mail Room & other staff Demand to inspect my mail looking in the Envalope before I may seal it. & Therefore using my Name to Defraud the general Public & Courts by claiming the mail Has not been open or inspected When it Has! Using me to Commit Fraud.

(c) As the magistrate Judge Has stated in 5:21-CV-91. 209 & 210. Denial of F.Bop Administrative Remedy Access is not A ground for suit in & of itself. it simply opens the Doors to Court Actions.

Therefore. Another Reason to Address 1st Amendment claims under Bivens. & infact Any & All claims brought to Court must be Redress some How iF I'm Deny Any local Remedy Access. As Prison staff otherwise Retain A Free Pass to misconduct so its Either Remedy or Court Access but (some Kind of Redress) must be made Available

DOCUMENT (6)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ~~MARYLAND~~ WVa

(Chief) Col. Michael S. OWL Feather-Gorbey

_____

_____

_____        *

_____

_____        *

_____
(Full name, date of birth, identification #, address of petitioner)
**Plaintiff,**

    **v.**

Manning et.al.             *

_____

_____        *

_____

_____        *
(Full name and address of defendant)
**Defendant(s).**

**FILED**

**APR 28 2021**

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Case No.: _____
(Leave blank. To be filled in by Court.)

under § 1915 (g)
Imminent Danger.

### CERTIFICATE OF SERVICE

I hereby certify that on <u>4-26-21</u> _____, _____,

a copy of <u>Consolidated Action & All Enclosures & motions</u>

was mailed via ~~first class~~ mail, ~~postage prepaid~~, to <u>Manning et.al. FCI Beckley</u>
<u>legal dept. PoBox 1280, 1600 Industrial Park Rd. Beaver WVa. 25813</u>

(Chief) Col. Michael S. OWL Feather-Gorbey
Signature of Plaintiff

(Chief) Col. Michael S. OWL Feather-Gorbey
Printed Name Monacan Nation
DC Doc 317611 Fed. 33405-013

FCI Beckley Po Box 350, Beaver WVa 25813
Address

N.A.
Telephone Number

NA
Email Address

Instructions&Form1983 (06/2016)                    Page 13 of 13

Gorbey vs. Manning et al Section 7(7)

Attachment A

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. §.1621.
To the best of my Knowledge.

Executed at FCI Beckley W.va.    on    4-26-21    .
 (Location)              (Date)

(Chief) Col. michael S. OWl Feather - Gorbey
Your Signature



(Chief) Col. michael S. OWl Feather - Gorbey
Rock - Tree cheromanche - monacan - scott
monacan Nation
21-19/13-7 ⑨ san-gou
21-14/13-7 ⑨ san-gou
Director, Project of Authority
DC. DOC 317611, Fed 33405-013
FCI Beckley W.va.
PO BOX 350
1600 industrial Park Road
Beaver. W.va.    25813

U.S. District Court

IRS complex

110 N. Heber Street

Beckley . Wva. 25813

Notice to the Clerk

Page 1 of 2

4-25-21

FILED

APR 2 8 2021

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

(chief) Col. michael S. OWl Feather - Gorbey

vs.

manning et. al

No. _____

Dear Clerk

Please be Advised that Enclosed Are several seperate or Accompanying Pleadings to be Filed in this Case Accordingly. See.

(1) motion & Affidavit to proceed IFP $1915(9) Imminent Danger. with Attached inmate Account statement. 8 of 8 pages

(2) Gorbeys motion For "Emergency Healing" 2 of 2 pages

(3) Gorbeys motion To Consolidate several Forms of Relief Bivens, 1983, FTCA, RFRA & RLUIPA, into one lawsuit. 2 of 2 Pages.

(4) Gorbeys Consolidated Civil Complain of suit. 15 of 15 Pages. 4 page suit & list of defendants with 10 pages of continuance pages to suit. claims. & 1 Addendum page 15 pages total

(5) Gorbeys motion For leave to File Criminal Complaint For Prosecution by Governments, state & or Federal. 5 of 5 pages.

Page 2 of 2

(6) Certificate of service.
(7) Declaration 31746 & 31621
        Please Process these Accordingly.

            thank you!.


        (chief) Col. michael s. oWl Feather - Gorbey
                Monacan Nation
        21-19/13·7 ⑨ 1⧻¥≠※△ san-gou
            F.C.I. Beckley W·Va.
        D.C. DOC 317611  Fed. 33405-013
                Pc Box 350
        1600 industrial Park Road
            Beaver. W·va. 25813



April showers bring may flowers
                Bee safe!.

Case 5:21-cv-00270    Document 2    Filed 04/28/21    Page 20 of 21 PageID #: 29

Michael S. Gorbey
33405-013
Federal Correctional Institution
Beckley West, VA.

Michael S. Gorbey
33405-013
Federal Correctional Institution Beckley
PO Box 350
Beaver. W.va. 25813

CERTIFIED MAIL

7019 2280 0001 9640 7701

U.S. POSTAGE PAID
FCM LG ENV
BEAVER, WV
25813
APR 26, 21
AMOUNT
$0.00
R2305K141865-02

1000    25801

USA

(legal - special mail)

(open only in presence of
Gorbey or the U.S. Court)

clerk of Court
U.S. District Court
IRS complex
110 North Heber Street
Beckley. W.va.
25801

FEDERAL CORRECTIONAL INSTITUTION
BECKLEY
BECKLEY, WV 25813
DATE 4/30/21

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.